IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL P. GEARY, | § | |
| | § | No. 230, 2016 |
| Defendant Below-Appellant, | § | |
| | § | Court Below: |
| v. | § | Superior Court of the |
| | § | State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | |
| | § | Cr. I.D. No. 1409001604 |
| Plaintiff Below-Appellee. | § | |

Submitted: January 11, 2017
Decided: January 17, 2017

Before **STRINE**, Chief Justice; **HOLLAND** and **VALIHURA**, Justices.

## O R D E R

This 17th day of January 2017, the Court, having considered the matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its bench ruling of April 21, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice